# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION AT KNOXVILLE

| | | |
|---|---|---|
| KAREN HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:11-cv-346 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

---

## STIPULATION OF DISMISSAL

---

The parties to this civil action stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the claims and request for relief set forth in Paragraphs 15-21 of Plaintiff's Complaint and Paragraphs 3-5 of the Prayer for Relief, including the request for punitive damages, are hereby dismissed, with prejudice.

We so stipulate:

/s/ James D. Busch
James D. Busch, BPR #024090
Bill Hotz & Associates
6004 Walden Drive
Knoxville, TN 37919
Phone: (865) 637-8282
Fax: (865) 637-5297
jdbusch@hotzlaw.com

/s/ S. Russell Headrick
S. Russell Headrick
Baker, Donelson, Bearman
 Caldwell & Berkowitz
265 Brookview Centre Way, Ste 600
Knoxville, TN 37919
Phone:  (865) 549-7204
Fax:  (865) 525-8569
rheadrick@bakerdonelson.com

2