UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CIVIL ACTION NO. 11-346-DLB-HBG

KAREN HARRIS                                                                                          PLAINTIFF

vs.                                                         ORDER

AMERICAN GENERAL LIFE INS. CO.                                                        DEFENDANT

*** *** *** ***

By its Memorandum Opinion and Order (Doc. # 34), the Court granted summary judgment in favor of American General Life Insurance Company (AGLIC), dismissing all remaining claims in Plaintiff's Complaint with prejudice. By this dismissal, the only remaining claims were those contained in AGLIC's counterclaim. Defendant AGLIC has now moved to dismiss its counterclaims without prejudice pursuant to Rule 41(c) (Doc. # 36). That motion is well taken and will be granted. Accordingly,

**IT IS ORDERED** that Defendant AGLIC's Motion to Voluntarily Dismiss its Counterclaims (Doc. # 36) is hereby **GRANTED** pursuant to Rule 41(c).

This 22nd day of August, 2013.



Signed By:
David L. Bunning   DB
United States District Judge

G:\DATA\ORDERS\Knoxville\11-346 - Order granting DE 36.wpd

Case 3:11-cv-00346-DLB-HBG   Document 37   Filed 08/22/13   Page 1 of 1   PageID #: 464