# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

**CIVIL ACTION NO. 11-346-DLB-HBG**

**KAREN HARRIS**                                                                       **PLAINTIFF**

**vs.**                                          **<u>JUDGMENT</u>**

**AMERICAN GENERAL LIFE INS. CO.**                              **DEFENDANT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to the August 2, 2013 Memorandum Opinion and Order dismissing Plaintiff's claims (Doc. # 34), and Defendant's counterclaims having now been voluntarily dismissed by Defendant (Doc. # 37), and pursuant to Rule 54, Federal Rule of Civil Procedure,

**IT IS ORDERED AND ADJUDGED** that:

1.       Judgment is hereby **GRANTED** for the Defendant, and that this matter is hereby **DISMISSED WITH PREJUDICE**; and

2.       This is a **FINAL** and **APPEALABLE** Order.

This 22nd day of August, 2013.



Signed By:
*David L. Bunning* DB
United States District Judge

G:\DATA\ORDERS\Knoxville\11-346 - Judgment.wpd